IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

In re: )
)
HAROLD'S STORES INC.,*et. al.*[1], )
) Case No. 08-15027
) (Chapter 11)
Debtors. )
)

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

G. Blaine Schwabe, III ("Movant") requests this Court admit William B. Finkelstein ("Mr. Finkelstein") to practice before it in the above-captioned bankruptcy case and related matters *pro hac vice* to represent Gordon Brothers Retail Partners, LLC, a party-in-interest herein. In support of his request, Movant states as follows:

1. Mr. Finkelstein is a partner of K&L Gates with his principal office located at 1717 Main Street, Suite 2800, Dallas, TX 75201 (Telephone (214) 939-5757, Facsimile (214) 939-5849). Mr. Finkelstein's bar registration number in the State of Texas is 07016300. Mr. Finkelstein is seeking admission in the above-styled case to serve as one of the attorneys for Gordon Brothers, a party-in-interest.

2. Mr. Finkelstein is licensed to practice law in the State of Texas, having been admitted to practice in 1974. Mr. Finkelstein has additionally been admitted to practice before the following courts:

*Northern District of Texas*
*Southern District of Texas*
*Eastern District of Texas*

---

[1] The affiliates and related entities of Harold's Stores, Inc. in cases jointly administered are Harold's Financial Corporation; Harold's Direct, Inc.; Harold's Limited Partners, Inc.; Harold's DBO, Inc.; Harold's Stores of Texas L.P.; Harold's of Jackson, Inc.; and Harold's Limited Partners, Inc.

*Western District of Texas*
*U.S. Court of Appeals, 5th Circuit*

3.  Mr. Finkelstein is in good standing to practice before the courts to which Mr. Finkelstein has been admitted.

4.  Mr. Finkelstein has never been disciplined or sanctioned by any court or by any disciplinary agency or authority in any jurisdiction.

5.  Mr. Finkelstein has acknowledged and accepted all requirements of the Local Rules of the U.S. District Court for the Western District of Oklahoma and the U.S. Bankruptcy Court for the Western District of Oklahoma regarding practice before the court.

6.  Mr. Finkelstein has associated with Movant as local counsel in this matter.

Respectfully submitted,

/s/ G. Blaine Schwabe, III
G. Blaine Schwabe, III – OBA # 8001
Mock, Schwabe, Waldo, Elder, Reeves & Bryant
Two Leadership Square – 14th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102
Tel: (405) 235-1110
Fax: (405) 235-0333
Email: gschwabe@mswerb.com

ATTORNEY FOR GORDON BROTHERS

CERTIFICATE OF SERVICE

This is to certify that on the date of electronic filing, a true and correct copy of the above and foregoing instrument was, as and to the extent provided by local rules, served by the electronic case filing system of the United States Bankruptcy Court for the Western District of Oklahoma.

/s/ G. Blaine Schwabe, III
G. Blaine Schwabe, III

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                                    )
                                                          )
HAROLD'S STORES INC., et al.,                             )
                                                          )
                                                          )  Case No. 08-15027 (Chapter 11)
                                                          )
                                                          )
                                                          )
                                                          )
                                                          )
                                                          )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: William B. Finkelstein

2. State bar membership number: 07016300

3. Business address, telephone and fax numbers:

   1717 Main Street, Suite 2800
   Dallas, Texas 75201
   214-939-5757
   214-939-5849-Fax

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Northern District of Texas
   Southern District of Texas
   Eastern District of Texas
   Western District of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    Yes ___  ✓ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    Yes ___  ✓ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ✓ Yes   No ___

   A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this 10th day of Nov 2008

_WB Finkelstein_
Signature of Applicant