WOOD DESIGNS, LLC
5500 S. W. 38TH
OKLAHOMA CITY OK 73179

**INVOICE**

Phone: 405-680-3000
Fax: 405-680-3011

REMIT PAYMENT TO:
P.O. BOX 2038
OKLAHOMA CITY, OK. 73101-2038

Sales Order#: 7488

## Invoice: 17489

Page: 1 of 1
Date: 9/24/2008

**Bill To:**
Jodi Laney
HAROLD'S
5919 Maple Avenue
Dallas TEXAS 75235
USA

Fax: 214 366 1061

**Ship To:**
HAROLD'S - INWOOD
5550 LOVERS LANE, SUITE 163
DALLAS TEXAS 75209
USA

PO Number: SIGNED BID
Sales Rep: MAYA YUWONO
Packing Slip: 6744
Terms: NET 20
Ordered: 8/9/2008
Ship Via: UPS
Ship Date: 9/22/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 16.00 Line Ref. 1 | 60164 PUCK: P0 CASLINE PUCK FOR PARTING STILE POLISHED NICKEL | 0 | 17.45000 EA | 279.20 |
| | | | | Job No.: 0007488-1-1 | |
| 2 | 1.00 Line Ref. 2 | FREIGHT CHARGES FREIGHT CHARGES | | 30.00000 EA | 30.00 |
| | | Warehouse Code: 001 | | | |
| 3 | 1.00 Line Ref. 3 | SALES & USE TAX SALES & USE TAX | | 25.51000 EA | 25.51 |
| | | Warehouse Code: 001 | | | |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 10/14/2008 | 334.71 |
| | Total | 334.71 |

Total: 334.71

ARForm:001:00

Exhibit "B"

*** SHIPPING PICK LIST ***

ORDER#: 7488

Truck Boss Name: Richard
Date Shipped: MON 9.22.08
How Shipped?: UPS GROUND
Tracking #: 1Z 732 34E 03 6600 6209

SHIP TO ADDRESS:
HAROLD'S - INWOOD VILLAGE
5550 LOVERS LANE, SUITE # 163
DALLAS, TEXAS, 75209
USA
214.521.4770

Print Date:: 28-Aug-2008

CUSTOMER INFO:

**HAROLD'S**
CUST ID#: 594
ORD DATE: 8/9/08        SHIP DATE: 8/22/2008    NEED BY: 8/25/2008
SALES REP: MAYAY
PH#: 214 366 0600

*** SHIPPING PICK LIST ***

ORDER#: 7488                                                          Page #: 1

| JOB# | PART# | PART DESCRIPTION | WC | QTY PER FIXT | Void Rel?: No | FIXT QTY / HDWR QTY | QTY SHIP'D | COMMENT |
|---|---|---|---|---|---|---|---|---|
| 0007488-1-1 | 60164 | PUCK: P0 CASLINE PUCK FOR PARTING STILE POLISHED NICKEL |  |  |  | 16.00 | 16 |  |
|  | 13905 | HANGER BOLT 1/4-20 X 2 | SHPWC | 1.00 |  | 16.00 | 16 |  |
|  | 1734n | PUCK 1 1/2 X 3 NICKEL PLATED | SHPWC | 1.00 |  | 16.00 | 16 | 20 LBS |

*** SHIPPING PICK LIST - INVENTORY SOLD FROM STOCK ***

8/28/200:

| Ord# | Ord Line | Ord Rel | Part# | Desc | Order Qty | QTY SHIP'D | COMMENT |
|---|---|---|---|---|---|---|---|
| 7488 | 2 | 1 | FREIGHT | FREIGHT CHARGES | 1.00 |  |  |
| 7488 | 3 | 1 | SALES & | SALES & USE TAX | 1.00 |  |  |

Print Date: 28-Aug-2008

## *** SHIPPING PICK LIST ***

**CUSTOMER INFO:**

**HAROLD'S**
CUST ID#: 594
ORD DATE: 8/9/08   SHIP DATE: 8/22/2008   NEED BY: 8/25/2008
SALES REP: MAYAY
PH#: 214 366 0600

ORDER#: 7488

**SHIP TO ADDRESS:**
HAROLD'S - INWOOD
5550 LOVERS LANE, SUITE
DALLAS
TEXAS   75209
USA

| JOB# | PART# | PART DESCRIPTION | WC | QTY PER FIXT | FIXT QTY / HDWR QTY | QTY SHIP'D | COMMENT |
|---|---|---|---|---|---|---|---|

**CONTACT (SHIP TO):**
CONTACT#:
CONTACT:
PHONE#:

Print Date:: 7-Oct-2008

\*\*\* SHIPPING PICK LIST \*\*\*

**CUSTOMER INFO:**

**HAROLD'S**
CUST ID#: 594
ORD DATE: 8/28/08   SHIP DATE: 10/10/2008   NEED BY: 10/13/2008
SALES REP: MAYAY
PH#: 214 366 0500

ORDER#: 7567

**SHIP TO ADDRESS:**

HAROLD'S - SOUTHLAKE TOWN SQUARE
190 STATE STREET

SOUTHLAKE
TEXAS    76092
USA

| JOB# | PART# | PART DESCRIPTION | WC | QTY PER FIXT | FIXT QTY / HDWR QTY | Void Ref?: No | QTY SHIP'D | COMMENT |
|---|---|---|---|---|---|---|---|---|
| 0007567-6743 58745 | 13293N | HAROLDS-FR HANGBAR: HANGBAR FOR FITTING ROOM FINISH: POLISHED NICKEL | | | | 9.00 | | (MY/LP) SOUTHLAKE ORDER |
| | | SCREW SHEET METAL #8 X 2 NICKEL 18-8 FLAT HD | SHPWC | 4.00 | 36.00 | | 36 | |
| | 30245 | HANGBAR FITTING RM HAROLDS 2 1/4 X 4 3/4 X 30 1/4 FINISH: POLISHED NICKEL | SHPWC | 1.00 | 9.00 | | 9 | |

\*\*\* SHIPPING PICK LIST - INVENTORY SOLD FROM STOCK \*\*\*

10/7/200:

| Ord# | Ord Line | Ord Rel | Part# | Desc | Order Qty | QTY SHIP'D | COMMENT |
|---|---|---|---|---|---|---|---|
| 7567 | 7 | 1 | FREIGHT | FREIGHT CHARGES | 1.00 | | |
| 7567 | 8 | 1 | INSTALL | INSTALLATION | 1.00 | | |
| 7567 | 9 | 1 | SALES & | SALES & USE TAX | 1.00 | | |

**CONTACT (SHIP TO):**

CONTACT#:
CONTACT:
PHONE#:

WOOD DESIGNS, LLC
5500 S. W. 38TH
OKLAHOMA CITY OK 73179

Phone: 405-680-3000
Fax: 405-680-3011

**INVOICE**

REMIT PAYMENT TO:
P.O. BOX 2038
OKLAHOMA CITY, OK. 73101-2038

Sales Order#: 7567

**Invoice: 17635**

Page: 1 of 2
Date: 10/27/2008

| Bill To: | Ship To: |
|---|---|
| Jodi Laney<br>HAROLD'S<br>5919 Maple Avenue<br>Dallas TEXAS 75235<br>USA | HAROLD'S - SOUTHLAKE TOWN SQUARE<br>190 STATE STREET<br>SOUTHLAKE TEXAS 76092<br>USA |

Fax: 214 366 1061

| PO Number: SIGNED BID | Terms: NET 20 | |
|---|---|---|
| Sales Rep: LUKE PITMAN | Ordered: 8/28/2008 | Ship Via: BEST WAY |
| Packing Slip: 6887 | | Ship Date: 10/23/2008 |

(MY/LP) SOUTHLAKE ORDER

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 1.00<br>Line Ref. 1 | 50527<br>TOUCH UP KIT: TOUCH UP KIT(PER JOB | 0 | 0.00000 EA | 0.00 |
| | | | | Job No.: 0007567-1-1 | |
| 2 | 10.00<br>Line Ref. 2 | 63739P<br>T-STAND P3 NICKEL PURCHASED FROM<br>BERNSTIENS METAL | 0 | 516.00000 EA | 5,160.00 |
| | | | | Job No.: 0007567-2-1 | |
| 3 | 1.00<br>Line Ref. 3 | 63951<br>HAROLDS-ALAMO2: JEWELRY CASE WITH GLASS<br>VITRENE | 0 | 2,985.00000 EA | 2,985.00 |
| | | | | Job No.: 0007567-3-1 | |
| 4 | 1.00<br>Line Ref. 4 | 64062<br>HAROLDS- COURTNEY JEWLERY CASE WITH<br>GLASS DOOR AND BOTTOM DRAWER SEE<br>REVISION NUMBER FOR FINISH | 1 | 1,590.00000 EA | 1,590.00 |
| | | | | Job No.: 0007567-4-1 | |
| 5 | 2.00<br>Line Ref. 5 | 61667<br>HAROLDS HIGHLAND PARK TABLE PAINTED /<br>CHERRY ON MAHOGANY POLISHED NICKEL | 0 | 2,281.00000 EA | 4,562.00 |
| | | | | Job No.: 0007567-5-1 | |
| 6 | 9.00<br>Line Ref. 6 | 58745<br>HAROLDS-FR HANGBAR: HANGBAR FOR FITTING<br>ROOM FINSIH: POLISHED NICKEL | 0 | 136.00000 EA | 1,224.00 |
| | | | | Job No.: 0007567-6-1 | |

ARForm:001:00

WOOD DESIGNS, LLC
5500 S. W. 38TH
OKLAHOMA CITY OK 73179

Phone: 405-680-3000
Fax: 405-680-3011

## INVOICE

REMIT PAYMENT TO:
P.O. BOX 2038
OKLAHOMA CITY, OK. 73101-2038

Sales Order#: 7567

**Invoice: 17635**

Page: 2 of 2
Date: 10/27/2008

*(MY/LP) SOUTHLAKE ORDER*

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 7 | 1.00 Line Ref. 7 | FREIGHT CHARGES FREIGHT CHARGES | | 2,650.00000 EA | 2,650.00 |
| | | *Warehouse Code:* 001 | | | |
| 8 | 1.00 Line Ref. 8 | INSTALLATION INSTALLATION | | 4,300.00000 EA | 4,300.00 |
| | | *Warehouse Code:* 001 | | | |
| 9 | 1.00 Line Ref. 9 | SALES & USE TAX SALES & USE TAX | | 1,853.86000 EA | 1,853.86 |
| | | *Warehouse Code:* 001 | | | |

| Payment Schedule | |
|---|---|
| Due Date | Amount |
| 1  11/16/2008 | 24,324.86 |
| Total | 24,324.86 |

Total: 24,324.86

ARForm:001:00

WOOD DESIGNS
5500 S. W. 38TH
OKLAHOMA CITY OK 73179

Phone: 405-680-3000
Fax: 405-680-3011

**INVOICE**

REMIT PAYMENT TO:
P.O. BOX 2038
OKLAHOMA CITY, OK. 73101-2038

Sales Order#: 7567

**Invoice: 17660    (Credit Memo)**

Page: 1 of 1
Date: 11/10/2008

**Bill To:**
Jodi Laney
HAROLD'S
5919 Maple Avenue
Dallas TEXAS 75235
USA

Fax: 214 366 1061

**Ship To:**
HAROLD'S – SOUTHLAKE TOWN SQUARE
190 STATE STREET
SOUTHLAKE TEXAS 76092
USA

PO Number: SIGNED BID
Sales Rep: LUKE PITMAN
Terms: NET 20
Ordered: 8/28/2008
Ship Date: 11/10/2008

*(MY/LP) SOUTHLAKE ORDER*

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | -1.00 | INSTALLATION | | 4,300.00000 EA | -4,300.00 |
|   | Line Ref. 1 | INSTALLATION | | | |

| Payment Schedule | |
|---|---|
| Due Date | Amount |
| 1  11/30/2008 | -4,300.00 |
| Total | -4,300.00 |

Total:  -4,300.00

ARForm:001:00

\*\*\* SHIPPING PICK LIST \*\*\*

ORDER#: 7567

Truck Boss Name: Ben
Date Shipped: 10/23/08
How Shipped?: Fostbellos Took it
Tracking #:

Print Date: 7-Oct-2008

Page #: 1

### CUSTOMER INFO:

| HAROLD'S | | |
|---|---|---|
| CUST ID#: | 594 | |
| ORD DATE: | 8/28/08 | SHIP DATE: 10/10/2008 |
| SALES REP: | MAYAY | NEED BY: 10/13/2008 |
| PH#: | 214 366 0600 | |

\*\*\* SHIPPING PICK LIST \*\*\*

ORDER#: 7567

### SHIP TO ADDRESS:

HAROLD'S - SOUTHLAKE TOWN SQUARE
190 STATE STREET
SOUTHLAKE
TEXAS
USA
76092

| JOB# | PART# | PART DESCRIPTION | WC | FXT QTY PER FIXT | HDWR QTY FIXT QTY | QTY SHIP'D | COMMENT |
|---|---|---|---|---|---|---|---|
| 0075671-1 | 50527 | TOUCH UP KIT: TOUCH UP KIT (PER JOB) | | Void Ref?: No | 1.00 | 1 | (MY/LP) SOUTHLAKE ORDER |
| 0075672-1 | 63732P | T-STAND P3 NICKEL PURCHASED FROM BERNSTEINS METAL | | Void Ref?: No | 10.00 | 10 | (MY/LP) SOUTHLAKE ORDER |
| | 13856 | 648N: T-STAND P3 NICKEL PURCHASED FROM BERNSTEINS METAL | SHPWC | 1.00 | 10.00 | | |
| 0075673-1 | 63951 | HAROLDS-ALAMO2: JEWELRY CASE WITH GLASS VITRENE | | Void Ref?: No | 1.00 | 1 | (MY/LP) SOUTHLAKE ORDER |
| | 65898 | HAROLDS-ALAMO2: SUB: BOTTOM WOOD CASE 27 X 27 X 29 1/4 FINISH: CHERRYSTAIN ON SHP MAHOGANY | | 1.00 | 1.00 | | |
| | 66981 | MIRROR HAROLDS ALAMO 2 POLISHED NICKEL | SHPWC | 1.00 | 1.00 | | |
| 0075674-1 | 64062 | HAROLDS, COURTNEY JEWLERY CASE WITH GLASS DOOR AND BOTTOM DRAWER SEE REVISION NUMBER FOR FINISH | | Void Ref?: No | 1.00 | 1 | (MY/LP) SOUTHLAKE ORDER |
| | 13643 | GLASS CLR 3/8 X 18 1/4 X 36 1/4 TEMPERED | SHPWC | 2.00 | 2.00 | 2 | |
| | 5162 | PIN SHELF STEEL 6MM X 36MM | SHPWC | 8.00 | 8.00 | 8 | |
| 0075675-1 | 61667 | HAROLDS HIGHLAND PARK TABLE PAINTED / CHERRY ON MAHOGANY POLISHED NICKEL | | Void Ref?: No | 2.00 | (MY/LP) SOUTHLAKE ORDER 2 | |