**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

| Case No: | 08-15027    WV    Judge: T.M. WEAVER | Trustee Name: | DOUGLAS N. GOULD |
|---|---|---|---|
| Case Name: | HAROLDS STORES, INC. | Date Filed (f) or Converted (c): | 03/31/09 (c) |
| | HAROLDS DBO, INC. | 341(a) Meeting Date: | 04/28/09 |
| For Period Ending: | 03/31/14 | Claims Bar Date: | 05/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Ch. 11 Carve Out Balance (u) | 0.00 | 3,642.85 | | 3,642.85 | FA |
| Balance of unused $50,000 carve out for Ch. 11 Creditors Comm. Counsel | | | | | |
| 2. CASH ON HAND | 30,741.96 | 0.00 | | 0.00 | FA |
| 3. CHECKING/SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS | 3,554.00 | 0.00 | | 0.00 | FA |
| 5. VARIOUS CLOTHING SAMPLES AT DALLAS BUYING OFFICE | Unknown | 0.00 | | 0.00 | FA |
| 6. TRADE RECEIVABLES | 4,343,271.13 | 0.00 | | 8,403.06 | FA |
| 7. TAX REFUND AND CREDITS (u) | 27,252.46 | 0.00 | | 795.78 | FA |
| 8. INTELLECTUAL PROPERTY | Unknown | 0.00 | | 0.00 | FA |
| 9. CUSTOMER LIST | Unknown | 0.00 | | 0.00 | FA |
| 10. OFFICE EQUIPMENT | 1,040,552.86 | 0.00 | | 0.00 | FA |
| 11. FIXTURES & EQUIPMENT | 1,613,727.11 | 0.00 | | 0.00 | FA |
| 12. INVENTORY | 17,096,516.50 | 0.00 | | 0.00 | FA |
| 13. LEASEHOLD IMPROVEMENTS | 6,139,211.64 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 7.95 | FA |
| 15. OTHER PERSONAL PROPERTY | 0.00 | 2,141.33 | | 2,141.33 | FA |
| 16. Chapter 13 Payments (u) | 0.00 | 3,000.00 | | 2,433.15 | 566.85 |
| 17. LITIGATION (u) | 0.00 | 10,000,000.00 | | 2,000,000.00 | 0.00 |
| Adversary proceeding against former officer and directors of debtor pending.  There is a $10 Milliion dollar D&O Policy. | | | | | |
| 18. Refund from ONG (u) | 0.00 | 32.98 | | 32.98 | FA |
| 19. Settlement Proceed (u) | 0.00 | 1,750,000.00 | | 1,750,000.00 | 0.00 |
| 20. Settlement Proceed (u) | 0.00 | 250,000.00 | | 0.00 | 250,000.00 |

Gross Value of Remaining Assets

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| Case No: | 08-15027    WV    Judge: T.M. WEAVER | Trustee Name: | DOUGLAS N. GOULD |
|---|---|---|---|
| Case Name: | HAROLDS STORES, INC. | Date Filed (f) or Converted (c): | 03/31/09 (c) |
| | HAROLDS DBO, INC. | 341(a) Meeting Date: | 04/28/09 |
| | | Claims Bar Date: | 05/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $30,294,827.66 | $12,008,817.16 | | $3,767,457.10 | $250,566.85 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POSSIBLE ASSET IN A DIRECTORS AND OFFICERS LIABILITY POLICY.

07-07-09   TRUSTEE FILES APPLICATION TO EMPLOY BRACEWELL & GUILIANI AS SPECIAL COUNSEL AND DOUGLAS GOULD AS ATTORNEY FOR

TRUSTEE.

07-13-09   ORDER AUTHORIZING EMPLOYMENT OF BRACEWELL AND GOULD.

08-03-09   ADVERSARY CASE FILED AGAINST DIRECTORS AND OFFICERS.

04-07-10   HEARING SCHEDULED FOR 05-12-10  IN PENDING ADVERSARY CASE.

5-16-12-Settlement conference concluded without settlement.  Litigation against former officers and directors of Debtor

pending.

4-20-13- Trustee checks back with Bracewell & Gulianni and there is no trial date set in this case.  Waiting for Court

to set trial date check back  10-20-13.

2-24-14 Mediation resulted in $2,000,000.00 settlement.  Motion to Approve Settlement Agreement entered.  Claims bar

date requested.

3-24-14  Order granting motion to approve settlement entered.  Claims bar date 5-7-14.

3-31-14   $175 M settlement proceeds received.

4-10-14  Balance of settlement proceeds received.

Initial Projected Date of Final Report (TFR): 11/07/10        Current Projected Date of Final Report (TFR): 04/30/14

LFORM1

Ver: 17.05d

**FORM 2**                                                                                                   Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-15027 -WV | | Trustee Name: | DOUGLAS N. GOULD |
| Case Name: | HAROLDS STORES, INC. | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | HAROLDS DBO, INC. | | Account Number / CD #: | *******1011  GENERAL CHECKING |
| Taxpayer ID No: | *******8796 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $  7,385,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 16,984.40 | | 16,984.40 |
| 08/03/12 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1121-000 | 28.33 | | 17,012.73 |
| 09/05/12 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,041.05 |
| 09/24/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.83 | 17,030.22 |
| 10/04/12 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,058.54 |
| 10/16/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.50 | 17,048.04 |
| 11/02/12 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,076.36 |
| 11/06/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.86 | 17,065.50 |
| 12/06/12 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,093.82 |
| 12/07/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.52 | 17,083.30 |
| 01/07/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,111.62 |
| 01/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.88 | 17,100.74 |
| 01/31/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.33 | | 17,129.07 |
| 02/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 18.15 | 17,110.92 |
| 03/04/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,139.24 |
| 03/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 16.41 | 17,122.83 |
| 04/03/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,151.15 |
| 04/05/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 18.18 | 17,132.97 |
| 05/06/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.33 | | 17,161.30 |
| 05/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 17.60 | 17,143.70 |
| 06/05/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,172.02 |
| *  06/05/13 | 010000 | INTERNATIONAL SURETIES INC. 203 CARONDELET STREET NEW ORLEANS, LA  70130 | Blanket Bond #016018042 Premium | 2300-000 | | 33.51 | 17,138.51 |
| *  06/05/13 | 010000 | INTERNATIONAL SURETIES INC. 203 CARONDELET STREET NEW ORLEANS, LA  70130 | Blanket Bond #016018042 Premium | 2300-000 | | -33.51 | 17,172.02 |
| 06/05/13 | 010001 | INTERNATIONAL SURETIES INC. | Blanket Bond #016018042 Premium | 2300-000 | | 33.54 | 17,138.48 |

Page Subtotals          17,295.95          157.47

Ver: 17.05d

LFORM24

**FORM 2**

Page:     2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-15027 -WV |
| Case Name: | HAROLDS STORES, INC. |
| | HAROLDS DBO, INC. |
| Taxpayer ID No: | *******8796 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | DOUGLAS N. GOULD |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******1011  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $  7,385,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 CARONDELET STREET | | | | | |
| | | NEW ORLEANS, LA  70130 | | | | | |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 18.20 | 17,120.28 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 17.61 | 17,102.67 |
| 07/09/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,130.99 |
| 08/02/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,159.31 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 18.18 | 17,141.13 |
| 08/21/13 | 010002 | Dennis Maley, CPA, LLC | ACCOUNTANT FEES | 3410-000 | | 3,373.34 | 13,767.79 |
| | | 704 NW 20th | | | | | |
| | | Oklahoma City, OK  73013 | | | | | |
| 08/29/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 13,796.11 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 17.16 | 13,778.95 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.16 | 13,764.79 |
| 10/14/13 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 7.54 | | 13,772.33 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.62 | 13,757.71 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.14 | 13,743.57 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.59 | 13,728.98 |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.58 | 13,714.40 |
| 03/05/14 | 010003 | Dennis Maley, CPA, LLC | ACCOUNTANT FEES | 3410-000 | | 520.00 | 13,194.40 |
| | | 704 NW 20th | | | | | |
| | | Oklahoma City, OK  73013 | | | | | |
| 03/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.15 | 13,181.25 |

Page Subtotals                    92.50                    4,049.73

Ver: 17.05d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

| Case No: | 08-15027  -WV | | Trustee Name: | DOUGLAS N. GOULD |
| Case Name: | HAROLDS STORES, INC. | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | HAROLDS DBO, INC. | | Account Number / CD #: | *******1011  GENERAL CHECKING |
| Taxpayer ID No: | *******8796 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $  7,385,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,388.45 | 4,207.20 | 13,181.25 |
| | | | Less:  Bank Transfers/CD's | | 16,984.40 | 0.00 | |
| | | | Subtotal | | 404.05 | 4,207.20 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 404.05 | 4,207.20 | |

Page Subtotals                     0.00                     0.00

LFORM24

Ver: 17.05d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

| Case No: | 08-15027  -WV | | Trustee Name: | DOUGLAS N. GOULD |
| Case Name: | HAROLDS STORES, INC. | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | HAROLDS DBO, INC. | | Account Number / CD #: | *******2287  SETTLEMENT PROCEEDS |
| Taxpayer ID No: | *******8796 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $  7,385,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/14 | 19 | American International Group PO Box 9918 Amarillo, TX  79105-5918 | Sale Proceeds | 1249-000 | 1,750,000.00 | | 1,750,000.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,750,000.00 | 0.00 | 1,750,000.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,750,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,750,000.00 | 0.00 | |

Page Subtotals            1,750,000.00              0.00

Ver: 17.05d

**FORM 2**

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-15027 -WV | | | Trustee Name: | DOUGLAS N. GOULD |
| Case Name: | HAROLDS STORES, INC. | | | Bank Name: | BANK OF AMERICA |
| | HAROLDS DBO, INC. | | | Account Number / CD #: | *******1198  MONEY MARKET |
| Taxpayer ID No: | *******8796 | | | | |
| For Period Ending: | 03/31/14 | | | Blanket Bond (per case limit): | $  7,385,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/09 | 1 | Crowe & Dunlevy | Ch. 11 Carve Out Balance | 1290-000 | 3,642.85 | | 3,642.85 |
| | | 20 N. Broadway Suite 1800 | | | | | |
| 07/31/09 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,642.94 |
| 08/31/09 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,643.03 |
| 09/30/09 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,643.12 |
| 10/30/09 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,643.21 |
| 11/10/09 | 15 | Bluebonnet | ACCOUNTS RECEIVABLE | 1129-000 | 110.95 | | 3,754.16 |
| | | PO Box 729 | | | | | |
| | | Bastrop, TX  78602 | | | | | |
| * 11/10/09 | 16 | Chapter 13 Trustee | ACCOUNTS RECEIVABLE | 1221-000 | 54.99 | | 3,809.15 |
| | | Beverly M. Burden | | | | | |
| | | PO Box 1907 | | | | | |
| | | Lexington, KY  40588-1907 | | | | | |
| 11/10/09 | 16 | Chapter 13 Trustee | ACCOUNTS RECEIVABLE | 1221-000 | 54.71 | | 3,863.86 |
| | | Beverly M. Burden | | | | | |
| | | PO Box 1907 | | | | | |
| | | Lexington, KY  40588-1907 | | | | | |
| 11/10/09 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 237.64 | | 4,101.50 |
| | | Chapter 13 Trustee | | | | | |
| | | PO Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 11/10/09 | 6 | Wells Fargo & Company | Trade Receivables | 1129-000 | 955.83 | | 5,057.33 |
| | | 420 Montgomery Street | | | | | |
| | | San Francisco, CA  94163 | | | | | |
| 11/10/09 | 6 | Wells Fargo & Company | Trade Receivables | 1129-000 | 6,947.23 | | 12,004.56 |
| | | 420 Montgomery Street | | | | | |
| | | San Francisco, CA  94163 | | | | | |
| 11/10/09 | 6 | Wells Fargo & Company | Trade Receivables | 1129-000 | 500.00 | | 12,504.56 |

Page Subtotals          12,504.56          0.00

LFORM24

Ver: 17.05d

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-15027 -WV |
| Case Name: | HAROLDS STORES, INC. |
| | HAROLDS DBO, INC. |
| Taxpayer ID No: | *******8796 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | DOUGLAS N. GOULD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1198  MONEY MARKET |
| Blanket Bond (per case limit): | $ 7,385,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 420 Montgomery Street | | | | | |
| | | San Francisco, CA  94163 | | | | | |
| 11/10/09 | 15 | American Express | ACCOUNTS RECEIVABLE | 1129-000 | 8.00 | | 12,512.56 |
| | | Travel Related Services Company | | | | | |
| | | 20002 North 19th Ave. | | | | | |
| | | Phoenix, AZ  85027 | | | | | |
| 11/10/09 | 15 | American Express | ACCOUNTS RECEIVABLE | 1129-000 | 281.35 | | 12,793.91 |
| | | Travel Related Sevices Company | | | | | |
| | | 20002 North 19th Ave. | | | | | |
| | | Phoenix, AZ  85027 | | | | | |
| * 11/23/09 | 16 | Chapter 13 Trustee | ACCOUNTS RECEIVABLE | 1221-000 | -54.99 | | 12,738.92 |
| | | Beverly M. Burden | Stop payment issued 11/10/09 | | | | |
| | | PO Box 1907 | | | | | |
| | | Lexington, KY  40588-1907 | | | | | |
| 11/30/09 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 12,739.13 |
| 12/04/09 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 28.00 | | 12,767.13 |
| | | PO Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 12/08/09 | 16 | Chapter 13 Trustee | ACCOUNTS RECEIVABLE | 1221-000 | 18.52 | | 12,785.65 |
| | | Beverly M. Burden | | | | | |
| | | Po Box 1907 | | | | | |
| | | Lexington, KY  40588 | | | | | |
| 12/22/09 | 7 | AT&T | refund credit | 1221-000 | 98.62 | | 12,884.27 |
| | | PO Box 771039 | | | | | |
| | | St. Louis, MO  63178 | | | | | |
| 12/31/09 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,884.60 |
| 01/08/10 | 16 | Beverly M. Burden | ACCOUNTS RECEIVABLE | 1221-000 | 3.57 | | 12,888.17 |
| | | PO Box 1907 | | | | | |
| | | Lexington, KY  40588-1907 | | | | | |
| 01/11/10 | 16 | Beth S. Lewis | ACCOUNTS RECEIVABLE | 1221-000 | 23.90 | | 12,912.07 |

Page Subtotals        407.51        0.00

Ver: 17.05d

LFORM24

**FORM 2**

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-15027 -WV | | Trustee Name: | DOUGLAS N. GOULD |
| Case Name: | HAROLDS STORES, INC. | | Bank Name: | BANK OF AMERICA |
| | HAROLDS DBO, INC. | | Account Number / CD #: | *******1198  MONEY MARKET |
| Taxpayer ID No: | *******8796 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $  7,385,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 535 Spaulding Farm Road | | | | | |
| | | Greenville, SC  29615 | | | | | |
| 01/29/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,912.40 |
| 02/04/10 | 15 | MetLife | ACCOUNTS RECEIVABLE | 1129-000 | 27.38 | | 12,939.78 |
| 02/08/10 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 56.05 | | 12,995.83 |
| | | Chapter 13 Trustee | | | | | |
| | | PO Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 02/22/10 | 15 | Beth S. Lewis | ACCOUNTS RECEIVABLE | 1129-000 | 40.00 | | 13,035.83 |
| | | 535 Spaulding Fsrm Road | | | | | |
| | | Greenville, SC  29615 | | | | | |
| 02/26/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.30 | | 13,036.13 |
| 03/01/10 | 16 | Alice Whitten | ACCOUNTS RECEIVABLE | 1221-000 | 21.92 | | 13,058.05 |
| | | Chapter 13 Trustee | | | | | |
| | | PO Box 1201 | | | | | |
| | | Memphis, TN  38101-4710 | | | | | |
| 03/03/10 | 15 | Republic Services, Inc. | refund credit | 1129-000 | 127.96 | | 13,186.01 |
| | | 18500 N. Allied Way | | | | | |
| | | Phoenix, AZ  85054 | | | | | |
| 03/09/10 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 27.89 | | 13,213.90 |
| | | Chapter 13 Trustee | | | | | |
| | | PO Box 433 | | | | | |
| | | Memphis, TN  38101 | | | | | |
| 03/23/10 | 15 | Beth S. Lewis | ACCOUNTS RECEIVABLE | 1129-000 | 20.00 | | 13,233.90 |
| | | 535 Spaulding Farm Road | | | | | |
| | | Greenville, SC  29615 | | | | | |
| 03/29/10 | 15 | Merrill Lynch | refund credit | 1129-000 | 937.27 | | 14,171.17 |
| 03/31/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 14,171.51 |
| 04/02/10 | 16 | Alice Whitten | ACCOUNTS RECEIVABLE | 1221-000 | 35.73 | | 14,207.24 |

Page Subtotals          1,295.17          0.00

Ver: 17.05d

LFORM24

**FORM 2**

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-15027 -WV |
| Case Name: | HAROLDS STORES, INC. |
| | HAROLDS DBO, INC. |
| Taxpayer ID No: | *******8796 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | DOUGLAS N. GOULD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1198  MONEY MARKET |
| Blanket Bond (per case limit): | $ 7,385,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chapter 13 Trustee | | | | | |
| | | PO Box 1201 | | | | | |
| | | Memphis, TN  38101-4710 | | | | | |
| 04/07/10 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 28.00 | | 14,235.24 |
| | | PO Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 04/30/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,235.59 |
| 05/25/10 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 28.12 | | 14,263.71 |
| | | Chapter 13 Trustee for Lagregs, Kristin | | | | | |
| | | PO Boix 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 05/28/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,264.07 |
| 06/08/10 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 27.90 | | 14,291.97 |
| | | Chapter 13 Trustee | Applied from Debtor Lagres, Kristin | | | | |
| | | PO Box 433 | | | | | |
| | | Memphis, TN  38101 | | | | | |
| 06/16/10 | 16 | Alice Whitten | ACCOUNTS RECEIVABLE | 1221-000 | 52.85 | | 14,344.82 |
| | | | Debtor Kimberly Dawn Hailey Acct. No. 3053817191 | | | | |
| 06/16/10 | 15 | Bluebonnet | ACCOUNTS RECEIVABLE | 1129-000 | 48.63 | | 14,393.45 |
| 06/17/10 | 000100 | International Sureties, Ltd. | Blanket Bond #016018042 Premium | 2300-000 | | 11.32 | 14,382.13 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 06/30/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,382.49 |
| 07/30/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,382.85 |
| 08/05/10 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.00 | | 14,410.85 |
| 08/23/10 | 16 | THOMAS CH 13 TRUSTEE POWERS | ACCOUNTS RECEIVABLE | 1221-000 | 28.28 | | 14,439.13 |
| 08/23/10 | 16 | Alice Whitten | ACCOUNTS RECEIVABLE | 1221-000 | 31.94 | | 14,471.07 |
| | | PO Box 2153 | | | | | |

Page Subtotals      275.15      11.32

Ver: 17.05d

LFORM24

**FORM 2**

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       08-15027 -WV

Case Name:     HAROLDS STORES, INC.

               HAROLDS DBO, INC.

Taxpayer ID No:   *******8796

For Period Ending:   03/31/14

Trustee Name:     DOUGLAS N. GOULD

Bank Name:        BANK OF AMERICA

Account Number / CD #:     *******1198  MONEY MARKET

Blanket Bond (per case limit):   $  7,385,000.00

Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memphis TN 38101 | | | | | |
| | 08/23/10 | 15 | Waste Management | ACCOUNTS RECEIVABLE | 1129-000 | 539.79 | | 15,010.86 |
| | | | PO Box 3027 | | | | | |
| | | | Houston TX 77253-3027 | | | | | |
| | 08/30/10 | 18 | OKLAHOMA NATURAL GAS | refund credit | 1290-000 | 16.49 | | 15,027.35 |
| | | | PO BOX 21019 | | | | | |
| | | | TULSA OK 74121 | | | | | |
| | 08/31/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,027.72 |
| | 09/08/10 | 16 | THOMAS D POWERS | Chapter 13 payment | 1221-000 | 28.18 | | 15,055.90 |
| | | | CHAPTER 13 TRUSTEE | | | | | |
| * | 09/20/10 | 15 | ComEd | refund credit | 1290-000 | 1,935.24 | | 16,991.14 |
| | | | PO Box 805379 | | | | | |
| | | | Chicago IL  60680-5379 | | | | | |
| | 09/30/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 16,991.51 |
| * | 10/12/10 | 15 | ComEd | refund credit | 1290-000 | -1,935.24 | | 15,056.27 |
| | | | PO Box 805379 | COMED placed a stop payment on the check | | | | |
| | | | Chicago IL  60680-5379 | | | | | |
| | | | | 11/09/10 Brandy from COMED called and stated that customer made a payment to the wrong account number and provided proof of the same therefore the payment was stopped to issue the credit into the correct account. 630-437-2221 | | | | |
| | 10/29/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,056.65 |
| | 11/30/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,057.03 |
| | 12/10/10 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.18 | | 15,085.21 |
| | 12/27/10 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 84.02 | | 15,169.23 |
| | | | Chapter 13 Trustee for | | | | | |
| | | | Kristin Anne Lagregs | | | | | |
| | | | PO Box 433 | | | | | |
| | | | Memphis TN  38101-0433 | | | | | |

Page Subtotals                698.16                0.00

LFORM24

**FORM 2**
Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 08-15027 -WV | |
| Case Name: | HAROLDS STORES, INC. | |
| | HAROLDS DBO, INC. | |
| Taxpayer ID No: | *******8796 | |
| For Period Ending: | 03/31/14 | |

| | | |
|---|---|---|
| Trustee Name: | DOUGLAS N. GOULD | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******1198  MONEY MARKET | |
| | | |
| Blanket Bond (per case limit): | $  7,385,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,169.61 |
| 01/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,170.00 |
| 02/07/11 | 16 | THOMAS CH 13 TRUSTEE POWERS | ACCOUNTS RECEIVABLE | 1221-000 | 28.03 | | 15,198.03 |
| 02/28/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,198.15 |
| 03/03/11 | 16 | THOMAS CH 13 TRUSTEE POWERS | ACCOUNTS RECEIVABLE | 1221-000 | 42.10 | | 15,240.25 |
| 03/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,240.38 |
| 04/29/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,240.50 |
| 05/04/11 | 16 | Kristin Anne Lagregs | ACCOUNTS RECEIVABLE | 1221-000 | 42.12 | | 15,282.62 |
| | | (Thomas D. Powers Ch. 13 Trustee) | | | | | |
| 05/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,282.75 |
| 06/03/11 | 000101 | INTERNATIONAL SURETIES LTD. | Blanket Bond #016018042 Premium | 2300-000 | | 18.94 | 15,263.81 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/06/11 | 16 | Kristin Anne Lagregs | ACCOUNTS RECEIVABLE | 1221-000 | 28.56 | | 15,292.37 |
| | | Case #3085368 Acct. 4920 | | | | | |
| | | Cred 511538 | | | | | |
| | | Thomas D. Powers Ch. 13 Trustee | | | | | |
| 06/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,292.50 |
| 07/07/11 | 16 | HAROLDS STORES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | 28.55 | | 15,321.05 |
| | | 5919 MAPLE | | | | | |
| | | DALLAS, TX  75235 | | | | | |
| 07/29/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,321.17 |
| 08/02/11 | 16 | Kristin Anne Lagregs | Chapter 13 payment | 1221-000 | 28.09 | | 15,349.26 |
| | | c/o Thomas D. Powers | | | | | |
| | | Chapter 13 Trustee | | | | | |
| | | P. O. Box  433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 08/02/11 | 16 | Kimberly Rockhold | Chapter 13 payment | 1221-000 | 649.00 | | 15,998.26 |
| | | | Page Subtotals | | 847.97 | 18.94 | |

LFORM24

Ver: 17.05d

**FORM 2**

Page:    11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-15027  -WV | | Trustee Name: | DOUGLAS N. GOULD |
|---|---|---|---|---|
| Case Name: | HAROLDS STORES, INC. | | Bank Name: | BANK OF AMERICA |
| | HAROLDS DBO, INC. | | Account Number / CD #: | *******1198  MONEY MARKET |
| Taxpayer ID No: | *******8796 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $  7,385,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Craig Watkins | | | | | |
| | | Criminal District Attorney | | | | | |
| | | Dallas County, TX | | | | | |
| 08/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,998.40 |
| * 09/02/11 | | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 685.20 | | 16,683.60 |
| | | Chapter 12 Trustee | | | | | |
| | | Kreistin Ann Lagregs | | | | | |
| | | P. O. Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| * 09/13/11 | | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | -685.20 | | 15,998.40 |
| | | Chapter 12 Trustee | Deposit was supposed to be 28.10 | | | | |
| | | Kreistin Ann Lagregs | | | | | |
| | | P. O. Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 09/13/11 | 16 | Thomas Powers | Chapter 13 payment | 1221-000 | 28.10 | | 16,026.50 |
| | | | Orginally made this deposit as 685.20 when it should | | | | |
| | | | have been 28.10 (Ndc) | | | | |
| 09/30/11 | 16 | Thomas D. Powers | Chapter 13 payment | 1221-000 | 28.09 | | 16,054.59 |
| | | Chapter 13 Trustee | | | | | |
| | | for Kristin Anne Lagregs | | | | | |
| | | P. O. Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |
| 09/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,054.72 |
| 10/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,054.86 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.45 | 16,034.41 |
| 11/07/11 | 16 | Thomas D. Powers | ACCOUNTS RECEIVABLE | 1221-000 | 28.09 | | 16,062.50 |
| | | Chapter 13 Trustee | | | | | |
| | | Kristin Anne Lagregs | | | | | |
| | | P. O. Box 433 | | | | | |
| | | Memphis, TN  38101-0433 | | | | | |

Page Subtotals          84.69          20.45

LFORM24

Ver: 17.05d

**FORM 2**

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        08-15027  -WV
Case Name:      HAROLDS STORES, INC.
                HAROLDS DBO, INC.
Taxpayer ID No:  *******8796
For Period Ending:  03/31/14

Trustee Name:        DOUGLAS N. GOULD
Bank Name:           BANK OF AMERICA
Account Number / CD #:   *******1198  MONEY MARKET

Blanket Bond (per case limit):   $  7,385,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 16 | Thomas D. Powers<br>Chapter 13 Trustee<br>(Kristing Anne Lagregs)<br>P. O. Box 433<br>Memphis, TN  38101-0433 | Chapter 13 payment | 1221-000 | 28.09 | | 16,090.59 |
| 11/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,090.72 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.79 | 16,070.93 |
| 12/27/11 | 16 | Thomas D. Powers<br>Chapter 13 Trustee<br>Kristin Anne Lagregs<br>P. O. Box 433<br>Memphis, TN  38101-0433 | ACCOUNTS RECEIVABLE | 1221-000 | 28.10 | | 16,099.03 |
| 12/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,099.16 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.81 | 16,079.35 |
| 01/31/12 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,079.49 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.09 | 16,058.40 |
| 02/03/12 | 16 | Thomas D. Powers<br>Chapter 13 Trustee<br>P. O. Box 433<br>Memphis, TN  38101-0433<br>Kristin Anne Lagregs | Chapter 13 payment | 1221-000 | 28.09 | | 16,086.49 |
| 02/29/12 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,086.62 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.11 | 16,067.51 |
| 03/02/12 | 16 | Thomas D. Powers<br>Chapter 13 Trustee<br>P. O. Box 433<br>Memphis, TN  38101-0433 | Chapter 13 payment | 1221-000 | 28.09 | | 16,095.60 |
| 03/30/12 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,095.73 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.78 | 16,075.95 |

Page Subtotals        113.03        99.58

Ver: 17.05d

LFORM24

**FORM 2**

Page:    13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    08-15027 -WV
Case Name:    HAROLDS STORES, INC.
    HAROLDS DBO, INC.
Taxpayer ID No:    *******8796
For Period Ending:  03/31/14

Trustee Name:    DOUGLAS N. GOULD
Bank Name:    BANK OF AMERICA
Account Number / CD #:    *******1198  MONEY MARKET

Blanket Bond (per case limit):    $  7,385,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/12 | 16 | Thomas D. Powers Chapter 13 Trustee P. O. Box 433 Memphis, TN 38101-0433 | Chapter 13 payment | 1221-000 | 28.10 | | 16,104.05 |
| 04/30/12 | 14 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 16,104.19 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.45 | 16,083.74 |
| 05/09/12 | 16 | Thomas D. Powers Chapter 13 Trustee P. O. Box 433 Memphis, TN 38101-0433 | Chapter 13 payment | 1221-000 | 28.09 | | 16,111.83 |
| 05/09/12 | 7 | CIT Group/Commercial Services, Inc. 134 Wooding Avenue Danville, VA 24541 | refund credit | 1221-000 | 697.16 | | 16,808.99 |
| 05/31/12 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,809.13 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.06 | 16,788.07 |
| 06/06/12 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.09 | | 16,816.16 |
| 06/18/12 | 17 | CIT Group/Co0mmercial Services, Inc. PO Box 617 Danville, VA   24543 | refund credit | 1221-000 | 221.93 | | 17,038.09 |
| 06/29/12 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 17,038.22 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.06 | 17,018.16 |
| 07/09/12 | 16 | THOMAS CH 13 TRUSTEE POWERS | Chapter 13 payment | 1221-000 | 28.32 | | 17,046.48 |
| 07/18/12 | 000102 | INTERNATIONAL SURETIES LTD. 701 Poydras St. Suite 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018042 Premium | 2300-000 | | 39.91 | 17,006.57 |
| 07/31/12 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,006.72 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 22.32 | 16,984.40 |
| 08/01/12 | | Trsf To FIRST NATIONAL BANK OF VINI | FINAL TRANSFER | 9999-000 | | 16,984.40 | 0.00 |

Page Subtotals    1,032.25    17,108.20

Ver: 17.05d

LFORM24

**FORM 2**

Page:    14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          08-15027  -WV                                  Trustee Name:              DOUGLAS N. GOULD

Case Name:      HAROLDS STORES, INC.                      Bank Name:                BANK OF AMERICA

                      HAROLDS DBO, INC.                        Account Number / CD #:     *******1198  MONEY MARKET

Taxpayer ID No:  *******8796

For Period Ending:  03/31/14                                   Blanket Bond (per case limit):  $  7,385,000.00

                                                                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,258.49 | 17,258.49 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 16,984.40 | |
| | | | Subtotal | | 17,258.49 | 274.09 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,258.49 | 274.09 | |

|  |  | NET | ACCOUNT |
|---|---|---|---|
| | | NET DISBURSEMENTS | BALANCE |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | | |
| GENERAL CHECKING - ********1011 | 404.05 | 4,207.20 | 13,181.25 |
| SETTLEMENT PROCEEDS ACCOUNT - ********2287 | 1,750,000.00 | 0.00 | 1,750,000.00 |
| MONEY MARKET - ********1198 | 17,258.49 | 274.09 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 1,767,662.54 | 4,481.29 | 1,763,181.25 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                0.00