UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
HAROLDS STORES INC. )  Case No. 08-15027-JDL
HAROLDS DBO INC. )  Chapter 7
                                          )
            Debtors.         )

**FILED**
AUG 1 4 2015
GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

### APPLICATION FOR ORDER DIRECTING PAYMENT
### OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

There having been divident/refund checks in the above-named case issued to the payee, Shops at Greenridge, LLC, in the amounts of **$2,277.20** and **$8,703.90**, and said checks having not been cashed by said payee, the trustee pursuant to 11 U.S.C. § 347(a) of the Bankruptcy Code paid this unclaimed money to the Registry of the Clerk, United States Bankruptcy Court.

The undersigned creditor/claimant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any other party other than this Applicant is entitled to submit an application for this claim.

Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court, to pay this unclaimed money to: **Shops at Greenridge, LLC, c/o Amy Williams, Hearst Tower, 47th Floor, 214 North Tryon Street, Charlotte, NC 28202.**

8/12/2015
Date

_____
Signature of creditor/claimant

27-1239421
Tax ID

Amy Pritchard Williams
Attorney for Shops at Greenridge, LLC

Address of creditor/claimant:
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202

## **CERTIFICATE OF SERVICE**

I hereby certify by my signature above, that a copy of this Application was mailed on the 12th day of August, 2015, to Sanford C. Coates, United States Attorney, Western District of Oklahoma, 210 West Park Avenue, Suite 400, Oklahoma City, OK  73102 and to the following:

***Panel Trustee:***
Douglas N. Gould
6303 Waterford Blvd., Suite 260
Oklahoma City, OK  73118

James A. Jennings
Jennings Cook & Teague
204 N. Robinson, Suite 1000
Oklahoma City, OK  73102

Linda G. Kaufmann
Edinger & Blakley, P.C.
3150 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102

Kristin Aliene McLaurin
Bracewell & Giuliani LlP
711 Louisiana, Suite 2300
Houston, TX  77002-2770

Samuel M. Stricklin
Bracewell & Giuliani LLP
1445 Ross Ave., Suite 3800
Dallas, TX  75202

***Assistant United States Trustee:***
Marjorie J. Creasey
US Trustee Office
215 Dean A. McGee Avenue
Oklahoma City, OK  73102

2

***Debtor:***
Harold's Stores, Inc., et al.
5919 Maple
Dallas, TX 75235
Debtor

***Debtor's Attorneys:***
Michael A. Bickford
Fuller, Tubb, Bickford & Krahl
201 Robert S. Kerr Ave., Suite 1000
Oklahoma, OK 73102

William H. Hoch, III
Judy Hamilton Morse
Crowe & Dunlevy
Braniff Building
324 North Robinson Ave., Suite 100
Oklahoma City, OK 73102

Cherish K. Ralls
Devon Energy
333 W. Sheridan
Oklahoma City, OK 73102

Amy Pritchard Williams
Attorney for Shops at Greenridge, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
HAROLDS STORES INC.                 )   Case No. 08-15027-JDL
HAROLDS DBO INC.                    )   Chapter 7
                                    )
_____Debtors._____    )

### AFFIDAVIT OF CREDITOR

State of North Carolina    )        Tax ID or Last 4 numbers of SSN:
                           : ss       27-1239421
County of Mecklenburg      )

I, Amy Pritchard Williams, on behalf of the undersigned creditor/claimant in the above referenced case, being first duly sworn upon oath, state as follows:

1. I have submitted an Application for Payment from Unclaimed Funds seeking payment of claim numbers 000438A and 000438B in the amounts of $2,277.20 and $8,703.90, due and owing to me (or the entity I represent) as a creditor/claimant in the above-referenced bankruptcy case.

2. That said creditor duly filed his/her claim in the above referenced bankruptcy case, which was thereafter duly allowed, and that said claim has not been sold or assigned, and that it is still the property of deponent.

3. I (or the entity I represent) have neither previously received remittance for the claim nor have contracted with any other party to recover these funds.

4. I am counsel for the claimant, Shops at Greenridge, LLC, and my name, address and telephone number are as follows:

> Amy Pritchard Williams
> Hearst Tower, 47th Floor
> 214 North Tryon Street
> Charlotte, NC  28202
> Phone:  704-331-7429

5. <u>If the creditor/claimant is not an individual</u>: I certify that I have the authority to represent the entity in this matter and sign legal documents on behalf of the entity.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: 8/12/2015

_____
Creditor Signature

Subscribed and sworn to before me this 12th day of August, 2015.

My commission expires:

01/28/20

_____
Carol G. Werth
Notary Public

(Seal)

CAROL A. WERTH
Notary Public
Mecklenburg County
NORTH CAROLINA

2