IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>HAROLDS STORES INC.<br>HAROLDS DBO INC.<br>         Debtors. | Case No. 08-15027-JDL<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Douglas N. Gould, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are funds from checks over 90 days not deposited and should be treated in the same manner as unclaimed funds.

| Claimant | Amount |
|---|---|
| BAYER RETAIL COMPANY L.L.C.<br>c/o Heather A. Lee<br>Burr & Forman LLP<br>420 N. 20th St., Ste. 3400<br>Birmingham, AL  35203 | $191.59 |
| COPPLEY APPAREL GROUP<br>DEPT 493<br>BOX 8000<br>BUFFALO, NY  14267 | $62.75 |
| DALLAS DAILY INC<br>8409 Pickwick Lane #384<br>Dallas, TX  75225-5323 | $5.48 |
| HIGHWOODS REALTY LIMITED<br>PARTNERSHI<br>c/o Stephen J. Moriarty<br>100 N. Broadway, Suite 3300<br>Oklahoma City, OK  73102<br>405.272.9241 | $164.65 |
| ROADWAY EXPRESS<br>C/O RMS BANKRUPTCY<br>RECOVERY SERVICES<br>PO BOX 5126 | $16.49 |

TIMONIUM, MD  21094

| | |
|---|---|
| ROCCO ORIGINALS<br>12830 COGBURN AVE<br>SAN ANTONIO, TX  78249 | $9.76 |
| THE MCMILLEN GROUP LLC<br>8000 Coit Road Ste 300 #446<br>Plano, TX  75025 | $19.53 |
| ZELDA<br>499 7TH AVE<br>19TH FLOOR SOUTH TOWER<br>NEW YORK, NY  10018 | $154.58 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds. $624.83


Date:  October 31, 2015                    /s/ Douglas N. Gould
                                                 Douglas N. Gould (OBA #)
                                                 6303 Waterford Blvd., Ste. 260
                                                 Oklahoma City, OK 73118
                                                 (405) 286-3338
                                                 Fax: (405) 848-0492
                                                 dg@dgouldlaw.com