FILED

NOV 1 3 2015

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
   Harold's Stores )   Case No. 08 - 15027 - JDL
 )
 )   Chapter 7
Debtor(s). )

APPLICATION FOR ORDER DIRECTING PAYMENT
OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

A dividend/refund check in the above-named case issued to the payee, _____

__Neema/Kroon__ , in the amount of $ 1,973.95 / 2,041.54 , was not
   c/a/

cashed by said payee, and, pursuant to 11 U.S.C. § 347(a) of the Bankruptcy Code, the trustee

paid this unclaimed money to the Registry of the Clerk, United States Bankruptcy Court.

The undersigned creditor/claimant has made sufficient inquiry and has no knowledge that

this claim has been previously paid, that any other application for this claim is currently pending

before this Court, or that any other party other than this Applicant is entitled to submit an

application for this claim.

Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court, to pay

this unclaimed money to

__10/1/15__                              __[signature]__
Date                                     Signature of creditor/claimant

__13-3635094__                           __JAMES J. AMMEEN PRES. Neema Clothing/Kroon__
Tax ID or last 4 numbers of SSN          Print name of creditor/claimant

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)  Case No. **08-15027-JDL**
)
)  Chapter **7**
Debtor(s). )

AFFIDAVIT OF CREDITOR/CLAIMANT

State of **New Jersey** )
: ss
County of **Essex** )

Tax ID or Last 4 numbers of SSN:
**13-3635094**

I. **James J. Ammeen**, the undersigned creditor/claimant in the above referenced case, being first duly sworn upon oath, state as follows:

1. **James J. Ammeen**

has been granted a power of attorney by me to submit Application for Payment from Unclaimed Funds seeking payment of claim number **331**, in the amount of $ **1,973.75 / 2,41.54**, due and owing to me as a creditor/claimant in the above-referenced bankruptcy case.

2. My name, position with the company (if applicable), address and telephone number are as follows:

**James J. Ammeen, Pres/CEO**
**11 Cole Rd   Verona, N.J. 07044**
**973-239-1389 ; 917-498-0925**

3. If other than individual: Substantiate creditor's right to claim, including but not limited to, documents relating to sale of company, i.e., purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation.

4.  I (or the entity I represent) have neither previously received remittance for the claim nor have contracted with any other party other than the person named in Item 1 above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: 10-1-2015

_____
Creditor/Claimant Signature

Subscribed and sworn to before me this 1 day of October, 2015.

My commission expires: 02/6/18

_____
Notary Public

(Seal)

YURI M CARBAJAL
NOTARY PUBLIC
NEW JERSEY
MY COMMISSION EXPIRES 2-6-18
ID NO. 2429746

<u>11 Cole Rd. Verona, NJ 07044</u>
Address of creditor/claimant

I hereby certify by my signature above, that a copy of this Application was mailed on the <u>1</u> day of <u>October</u>, 20<u>15</u>, to the United States Attorney, 210 Park Avenue, Suite 400, Oklahoma City, OK 73102 and to the following:

Panel Trustee
Assistant United States Trustee
Debtor
Debtor's Attorney, if any
Original Claimant, if different
Original Claimant's Attorney, if discernible

_____
Signature of creditor/claimant



From: **Hirschberg, Michael** mhirschberg@reitlerlaw.com 
Subject: FW: SCAN FOR: 1000-07[2015-10-06 10-53-12]
Date: October 6, 2015 at 12:39 PM
To: jamesammeen@gmail.com

Michael Hirschberg
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th floor
New York, NY  10022
212-209-3032
212-371-5500 (f)
Email: mhirschberg@reitlerlaw.com
website: www.reitlerlaw.com

*This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments.  Thank you.*

**From:** Hirschberg, Michael
**Sent:** Tuesday, October 06, 2015 10:55 AM
**To:** Hirschberg, Michael
**Subject:** SCAN FOR: 1000-07[2015-10-06 10-53-12]

## SECRETARY'S CERTIFICATE

## OF

## NEEMA CLOTHING, LTD.

The undersigned, being the duly appointed, qualified and acting Secretary of Neema Clothing, Ltd., a New York corporation (the "Company"), does hereby certify in the name and on behalf of the Company, and not individually, that the person listed below has been duly elected or appointed, is qualified and is now acting as an officer of Company in the capacities indicated below, and the signature set forth opposite his name is his true and genuine signature.

| Name | Title | Signature |
|---|---|---|
| James J. Ammeen | President and Chief Executive Officer | |

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate this 6th day of October, 2015.

*Michael Hirschberg*
Michael Hirschberg
Secretary